IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

NATHANIEL O'NEIL RICHARDS                                             PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:13cv160-DPJ-FKB

TYRONE LEWIS and UNKNOWN BRUMFIELD                    DEFENDANTS

## REPORT AND RECOMMENDATIONS

On October 31, 2013, a notice mailed to Plaintiff at Central Mississippi Correctional Facility was returned as undeliverable. Since that time, Plaintiff has failed to make any contact with the Court. Plaintiff was previously advised that failure to keep the Court apprised of his current address could result in dismissal of his case. For this reason, the undersigned recommends that this action be dismissed without prejudice for failure to prosecute.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court. 28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Respectfully submitted, this the 26th day of December, 2013.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE