UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NATHANIEL O'NEIL RICHARDS                                                         PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:13CV160 DPJ-FKB

TYRONE LEWIS AND
UNKNOWN BRUMFIELD                                                               DEFENDANTS

ORDER

This § 1983 action is before the Court on the Report and Recommendation [25] of Magistrate F. Keith Ball. On October 31, 2013, notice of an omnibus hearing was mailed to Plaintiff at his last known address. The notice was returned undeliverable. The Court has repeatedly warned Plaintiff that failure to keep the Court apprised of his address could result in dismissal.

As a result, on December 26, 2013, Judge Ball recommended [25] dismissal without prejudice for failure to prosecute. The Report and Recommendation was likewise returned as undeliverable.

Accordingly, the Court finds that the unopposed Report and Recommendation [25] should be adopted as the opinion of the Court. This action is dismissed without prejudice.

A separate judgment will be entered.

**SO ORDERED AND ADJUDGED** this the 15th day of January, 2014.

                                                          s/ *Daniel P. Jordan III*
                                                          UNITED STATES DISTRICT JUDGE